IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHIRLEE P. WEEDMAN-HARDESTY,                    CV 07-6169-MA

    Plaintiff,                                 JUDGMENT

  v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

    Defendant.

Based on the record and the Opinion and Order filed herewith, the final decision of the Commissioner is reversed and remanded for an immediate award of benefits.

IT IS SO ORDERED.

DATED this __25__ day of August, 2008.

                                                /s/   Malcolm F. Marsh
                                                Malcolm F. Marsh
                                                United States District Judge

1 - JUDGMENT